FILED FOR RECORD
2016 FEB 18 PM 3:22
CLERK OF THE CIRCUIT COURT
MANATEE CO. FLORIDA

(Filed)

IN THE CIRCUIT COURT OF THE 12th JUDICAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA

KEVIN LEE BURNS, Plantiff,

CASE No: 16CA798

VS.

TO BE ASSIGNED

UNIVERSAL HEALTHCARE SERVICES (UHSinc.) And
SUNCOAST BEHAVIORAL HEALTHCENTER (SBHC) And
The following individuals are both personally and professionally on noti
JOSEPH ALTUCHOLF (Facility Administrator) AND
CYNTHIA HARDEN (Director) and
BRANDY HAMILTON (CEO) And
JUDITH SASNAUSSKAS (Director of Intake) and
CHERYL PEARSON (Director of Risk Management) and
Dr. VERAB (Physician) And
J. Hinman (R.N.) Defendants.

COMES NOW, KEVIN LEE BURNS, Pro-se, Non-Attorney, who is 100% disabled due to schizophrenia and who has less then a high school education. MR BURNS is filing this NOTICE OF INTENT TO INITIATE LITIGATIONS against the above mentioned defendants in GOOD FAITH as MR. BURNS works to gain legal repersentation. MR BURNS wishes to retain the right to file suite in Federal Court since Federal Laws were Broken. INTENT OF DAMAGES Amount of 1,500,000.00 million dollars.

# NOTICE OF INTENT TO INITIATE LITIGATIONS

Against: UNIVERSAL HEALTHCARE SERVICES (UHSinc.) et. al.
By: KEVIN BURNS (pro-se)

Type of Litigation: UHSinc has violated the 1986 Emergency Medical Treatment and Labor Act (EMTALA) at least twice on two seperate occasions.

Penalties For A Violation Of EMTALA: Include civil monetary penalties and exclusion from participation in the medicare program. In addition to any liabilities that a hospital may incur under EMTALA and injured patient.

Medicare and medicaid made up about 36% of UHSinc business in 2014.

Non-Legal Description of EMTALA: EMTALA is a Federal Law that requires medicare-participating hospitals, which all of UHSinc facilitys are, to screen and treat the emergency medical conditions of patients in a non-discriminatory manner to anyone, regardless of thier ability to pay, insurance status, national origin, race, creed or color.

Incident Location: Suncoast Behavioral Healthcare

Center (SBHC) located at: 4480 51st Street West, Bradenton, FL 34210; Phone Number (941)-251-5000 owned by UHSinc.

Information about "Penalties for violations of EMTALA, persentage (%) of medicare and medicaid business, participating information and ownership information was all gathered from UHSinc 2014 Annual Report.

## STATEMENT OF FACTS WITH ATTACHED SUPPORTING DOCUMENTS

KEVIN BURNS is the victim of at least two EMTALA violations at the SBHS location of UHSinc. Mr BURNS is diagnosed schizophrenic and as of 2/28/2013 Mr BURNS has been declared 100% disabled by the United States Goverment due to him schizophrenia.

On 8/13/2015 MR. BURNS was discharged from SBHC as a patient after previously being Baker Acted there. On 8/21/2015 MR. BURNS was discharged a second time from SBHC as a patient for another Baker Act. On 8/30/2015 MR BURNS was Baker Acted for a third time that month. In SBHC's Evaluation Report of MR. BURNS for this Baker Act it states, he was suicidal and homicidal with a plan to "Killing people

page (2) of (8)

because no one has cleared his name." See page (1)
- Side Note: At the age of 17 years old MR. BURNS was wrongfully convicted as an adult for multiple Burglary's of Dwellings even though at least one of the Dwellings he was charged with burglarizing WAS NOT even built until the year after MR. BURNS was convicted and sentenced. MR BURNS was illegally denied counsel in juvenile proceedings while 10 plus pages of discovery evidence, which proved his innocence was removed. MR BURNS found the removed evidence years later and has been trying to get his conviction overturned ever since. MR BURNS was sentence to state prison at the age of 17 and was released from state prison in 2012 at the age of 28 But MR BURNS denies ever stating he had a plan to kill people over this.
On 9/4/2015 a former doctor at SBHS Dr. Majd Alsamman M.D. actually helped MR. BURNS get $10,027.00 dollars inorder for MR BURNS to get a vehicle. MR. BURNS would like to state this was one of the best doctors he has ever had. See page (2)
On 9/6/2015 MR BURNS filed a SBHC Patient Concern notification report stating "I want to be discharged so I can kill myself because the staff was being unfair to me" See page (4).
On 9/9/2015 MR BURNS Refused to Answer in his

Safty Crisis Treatment Plan weather or not he had access to weapons, lethal medication or other means of self harm. See page (5)

On 9/10/2015 MR BURNS was discharged from SBHC by a different doctor then the one who was actually helping him. At the time of release MR BURNS was taking 2mg of Clonazepam (anti-depressent) (4) times a day for depression, Narco 10.325mg (3) times a day for pain, plus several other medications for the stabilization of his condition. The discharging doctor released MR. BURNS with $10,027.00 dollars and "NO" medication for depression nor pain.

- Side Note: MR BURNS was told when he first started mental health treatment as a child that "You are Special Kevin and if you ever need help and start feeling bad which you will, go to a hospital because by Law a hospital has to help you" Ever since then any time MR BURNS starts feeling bad the first thing he tiys to do is go to a hospital. That statement has stuck with MR. BURNS since his childhood.

## START OF EMTALA VIOLATIONS

On 9/12/2015 at about 1:00pm MR BURNS returned to SBHC inorder to be Baker Acted again because he was feeling very unstable and suicidal from

page (4) of (8)

not having any medication. The CEO for SBHC Brandy Hamilton and the Director Cynthia Harden refused MR. BURNS entry into the facility locked the doors and called 911. Upon police arrival Ms. Hamilton informed manatee county sheriffs officers that SBHC would not allow MR. BURNS access to thier facility in direct violation of EMTALA. At the request of SBHC authoritys told MR. BURNS to leave. See Page (6)

## Direct Result of EMTALA VIOLATION

On 9/12/2015 at about 200pm 911 was again called but this time it was to respond to the walmart next door, MR. BURNS had walked less then 250 yards away paid for a package of razor blades and before the cashier at walmart could give him his change back. MR. BURNS had opened the razor's and cut both of his wrist (4) times each. MR. BURNS was rushed by ambulence to a local hospital where 20 plus stapels were placed into both arms and he Baker Acted, See Page (8). Walmart has informed MR. BURNS they do have video evidence as well as witness statements to the event.

## SECOND EMTALA VIOLATION

On 10/17/2015 at 12:30 AM MR BURNS called 911 because he was feeling suicidal. Manatee County Sheriffs Officers were dispatched to MR. BURNS and took him to SBHC. This time facility administrator Joseph Altucholf informed police that there facility was not going to allow access to MR. BURNS for a second time in direct violation of EmTALA. See page (10)

On 10/23/2015 MR BURNS went to the Manatee Courthouse to see if SBHC or anyone of its staff members eather personally or professionally had filed any documents with the court system to establish SBHC's claims of MR BURNSS violence NOT ONE THING WAS FILED TO THAT DATE. SBHC did not file one document with the courts because they could not. Unlike what UHSinc employees write in MR. BURNS medical chart which is thier property the legal system requires evidence to present a case.

- Side Note: Under Florida Baker Act Law any facility who has cause to believe a patient/person is a danger to ones self or to another person that facility is required by law to inform the Courts.

page (6) of (8)

On 12/30/2015 Mr Burns recieved two letters via Email confirming the outcome of the STATE OF FLORIDA's Agency For HealthCare Administration (AHCA) investigation. See page (12) ▬▬▬. These letters were sent to Mr Burns by a Supervisor from AHCA named Candace Penn. As you will see one of the findings report is signed by a Patricia Reid Caufman Field Office Manager but the EMTALA violation report which would possibly shut down UHSinc. a multi-billion dollar a year company is not signed by Managment.

On 2/12/2016 Mr. Burns contacted Candace Penn and was informed by her that since Federal Laws were broken that Medicare (CMS) would have to review the case before a final ruling took place. MR BURNS asked Ms Penn to email him a letter stating that this was policy but Ms. Penn refused.

## CONCLUSION

Even though a Final Ruling from AHCA has not been issued yet possibly due to Fraud. There is enough clear evidence based on police reports ▬▬▬ to account For the Events of the

two EMTALA violations which took place. Therefore Establishing Good faith Cause to bring forth this;

NOTICE OF INTENT TO INITIATE LITIGATIONS

DATED THE 14th DAY OF FEBURARY 2016.

Phone # 9044381163
Adress: 1940 N US Hy 220
Ellerbe Nc 28379

KEVIN LEE BURNS Pro-se

I KEVIN LEE BURNS HEREBY CERTIFY that the above listed information stated is True and correct to the best of my Knowledge.

2/14/16
DATE

KEVIN LEE BURNS

\* See attached package for Supporting Documents. \*

# CERTIFICATE OF SERVICE

I KEVIN LEE BURNS on the Date of 2/16/2016 has mailed a true and correct Copy of this NOTICE OF INTENT TO INITIATE LITIGATIONS (AND) SUPPORTING DOCUMENTS in thier entirety to:

Clerk of the Court (AND) Clerk of the US Supreme Court

(AND) UNIVERSAL HEALTHCARE SERVICES
367 South Gulph Road
PO Box 61558
King of Prussia, PA 19406

AND SUNCOAST BEHAVIORAL HEALTHCENTER AND JOSEPH ALTUCHOLF AND CYNTHIA HARDEN AND BRANDY HAMILTON AND JUDITH SASNAUSSKAS AND CHERYL PEARSON AND DR. VERAB AND J. Hinman A#1 A+

4480 51st Street West
Bradenton, FL 34210

CC. TO: CMS, US Department of Health and human Services, Department of Inspector General, Florida Bar, Congress

2/16/2016
DATE

Kevin BURNS